|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:93-CR-71 |
| | § | NO. 4:94-CR-46 |
| MILLARD JERRY PARKER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and having received Defendant's waiver of right to object and waiver of right to be present and speak at sentencing, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that in Case No. 4:93cr71, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months to run consecutively with any sentence of imprisonment the Defendant is currently serving, with no supervised release to follow. It is further

**ORDERED** in Case No. 4:94cr46, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months to run consecutively with any

sentence of imprisonment the Defendant is currently serving, with no supervised release to follow. It is further

**ORDERED** that the term of imprisonment in each federal case should run concurrently to each other, but the twenty-four (24) months of imprisonment shall run consecutively to the state charge Defendant is currently serving.

The Court recommends that Defendant be housed in the Bureau of Prisons, Fort Worth Unit, and that Defendant should receive mental health treatment.

SIGNED at Beaumont, Texas, this 28th day of March, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE